12/30/2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2015 2:48:38 PM
CHRISTOPHER A. PRINE
Clerk

TO: FIRST COURT OF APPEALS

FROM: DEPUTY CLERK: DUANE C. GILMORE
CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

CASE NO:   2015-09664        COURT:   11TH        TENTATIVE DUE DATE:   1/19/2016

APPEAL TYPE    REGULAR (MTN FOR NEW TRIAL FILED)    CASE STATUS:    DISPOSED (FINAL)

APPELLANT:    CARTO PROPERTIES, LLC, JEN MARIE RAU, INDIVIDUALLY, KEY MAPS, INC. AND THE JEN MARIE RAU LIFE INSURANCE TRUST

APPELLEE:    BRIAR CAPITAL LP

EVENT FILE DATE    12/15/2015        NUMBER OF DAYS: 120

EVENT CODES;    BC, C, OA

FILED BY:    **ALBERT J HOLLY**                TBN:    **9899700**

DATE ORDER SIGNED    9/21/2015

COURT ASSIGNED TO:    FIRST COURT OF APPEALS

IMAGE NO:    67139186        VOLUME:            PAGE:

MOTION FOR NEW TRIAL FILING DATE:        : October 21, 2015

NOTES:

**CHRIS DANIEL**
**Harris County, District Clerk**


By:   **/s/ DUANE C. GILMORE**
DUANE C. GILMORE, Deputy

BC    NOTICE OF APPEAL FILED
BG    NOTICE OF APPEAL FILED – GOVERNMENT
C     JUDGMENT BEING APPEALED
D -   ACCELERATED APPEAL
OA    NO CLERK'S RECORD REQUEST FILED W/NOTICE OF APPEAL
O     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA    AMENDED NOTICE OF APPEAL
CR    CROSS-APPEAL

No. 2015-09664

| | | |
|---|---|---|
| CARTO PROPERTIES, LLC, JEN MARIE RAU, INDIVIDUALLY, KEY MAPS, INC. and THE JEN MARIE RAU LIFE INSURANCE TRUST | § § § § § § § | IN THE DISTRICT COURT FOR THE |
| vs. | § § | 11TH JUDICIAL DISTRICT |
| BRIAR CAPITAL, LP, ELBAR INVESTMENTS, INC. and CHARLES N. GOLDBERG, TRUSTEE | § § § § | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc. And The Jen Marie Rau Life Insurance Trust, Plaintiffs, file this notice of appeal.

1.      This appeal is taken from 11th Judicial District Court of Harris County, Texas, the Honorable Mike D. Miller, presiding.

2.      The style of the case is *Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc. And The Jen Marie Rau Life Insurance Trust v. Briar Capital, L.P., Elbar Investments, Inc. And Charles N. Goldberg, Trustee*; Cause No. 2015-09664, in the 11th District Court of Harris County, Texas.

3.      Carto Properties, LLC, Jen Marie Rau, Individually, Key Maps, Inc. And The Jen Marie Rau Life Insurance Trust desire to appeal the Order Granting Defendant Briar Capital LP's motion for summary judgment, signed on September 21, 2015, together with all other written orders, or rulings by operation of law.

4.    This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

HOLLY & MCKEOWN

/s/ Albert J. Holly
Albert J. Holly, Lead Counsel
State Bar No. 09899700
Kira McKeown
State Bar No. 24043834
7919 Friars Court Lane
Spring, Texas 77379
Telephone:    713.805.1249
Facsimile:    877.526.5226
Email: albert.holly@att.net


KELLY, DURHAM & PITTARD, L.L.P.


/s/ Peter M. Kelly
Peter M. Kelly, Co-Counsel
State Bar No. 00791011
1005 Heights Boulevard
Houston, Texas 77008
Telephone:    713.529.0048
Facsimile:    713.529.2498
Email: pkelly@texasappeals.com

**Attorneys for Plaintiffs**
**Carto Properties, LLC, Jen Marie Rau,**
**Individually, Key Maps, Inc., and The**
**Jen Marie Rau Life Insurance Trust**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing *Notice of Appeal* has been delivered via electronic filing and facsimile to all other counsel of record, as listed below, on this, the 15th day of December, 2015.

George R. Gibson                                          *Via facsimile: 713.892.4800*
Seth A. Miller
NATHAN SOMMERS JACOBS
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056-6102
ggibson@nathansommers.com
smiller@nathansommers.com

Michael Jay Kuper
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78746
mkuper@kuperlawfirm.com

*Attorneys for Briar Capital, LP*

/s/ Peter M. Kelly
Peter M. Kelly

-3-

CAUSE NO. 2015-09664

| | | |
|---|---|---|
| CARTO PROPERTIES, LLC, | § | IN THE DISTRICT COURT OF |
| JEN MARIE RAU, INDIVIDUALLY, | § | |
| KEY MAPS, INC. and THE JEN | § | |
| MARIE RAU LIFE INSURANCE TRUST | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| BRIAR CAPITAL, LP, | § | |
| ELBAR INVESTMENTS, INC. and | § | |
| CHARLES N. GOLDBERG, TRUSTEE | § | 11TH JUDICIAL DISTRICT |

FILED
Chris Daniel
District Clerk

SEP 21 2015

Time:_____

Harris County, Texas
_____
Deputy

## ORDER GRANTING BRIAR CAPITAL LP'S MOTION FOR FINAL SUMMARY JUDGMENT

The Court has considered Briar Capital LP's Traditional Motion for Final Summary Judgment, the pleadings, Plaintiffs' responses, and the arguments of counsel and finds that it should be granted. It is therefore

ORDERED that summary judgment is granted in favor of Briar Capital, L.P. and all claims and causes of action are dismissed as a matter of law, and Briar Capital LP is awarded its costs against all plaintiffs herein, jointly and severally. It is further

ORDERED that Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Key Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's reasonable and necessary attorney's fees in the sum of $61,121.50. It is further

ORDERED that Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's costs of court of $317.53. It is further

ORDERED that in the event an appeal is filed with the Court of Appeals, Briar Capital

LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's' additional attorney fees of $30,000. If a petition for review is filed in the Texas Supreme Court, Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's additional attorney fees of $20,000. If the petition for review is granted, Briar Capital LP is granted judgment against Carto Properties, LLC; Jean Marie Rau, individually; Keu Maps, Inc.; and the Jen Marie Rau Life Insurance Trust – jointly and severally – for Briar Capital LP's additional attorney fees of $17,500. It is further

ORDERED that this is a final and appealable judgment. All relief not expressly granted herein is denied. Taxable Court cost against plaintiff,

Signed this the _____ day of SEP 1 6 2015 TT , 2015.

SEP 2 1 2015

_____
JUDGE PRESIDING   SEP 2 1 2015

2

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)          VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY | ASSOC. ATTY |
| NUM | NUMBER | | | | STAT | |
|---|---|---|---|---|---|---|
| _ | 00007-0003 | XDF | 24043834 | THE JEN MARIE RAU LIFE INSURAN | | MCKEOWN, KIRA |
| _ | 00003-0003 | XDF | | RAU, JEN MARIE (INDIVIDUALLY) | | |
| _ | 00002-0003 | XPL | 00793802 | BRIAR CAPITAL LP | | GIBSON, GEORG |
| _ | 00001-0003 | XDF | | CARTO PROPERTIES (LLC) | | |
| _ | 00006-0002 | XDF | | GOLDBERG, CHARLES N (TRUSTEE) | D | |
| _ | 00004-0003 | XPL | 00791356 | ELBAR INVESTMENTS (INC) | D | STOW, MARY EL |
| _ | 00002-0002 | XDF | | BRIAR CAPITAL LP | D | |
| _ | 00007-0002 | XDF | 24043834 | THE JEN MARIE RAU LIFE INSURAN | D | MCKEOWN, KIRA |

==> (22) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)          VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY | ASSOC. ATTY |
| NUM | NUMBER | | | | STAT | |
|---|---|---|---|---|---|---|
| _ | 00005-0002 | XDF | 24043834 | KEY MAPS (INC) | D | MCKEOWN, KIRA |
| _ | 00004-0002 | XPL | 00791356 | ELBAR INVESTMENTS (INC) | D | STOW, MARY EL |
| _ | 00003-0002 | XDF | 24043834 | RAU, JEN MARIE (INDIVIDUALLY) | D | MCKEOWN, KIRA |
| _ | 00001-0002 | XDF | 24043834 | CARTO PROPERTIES (LLC) | D | MCKEOWN, KIRA |
| _ | 00010-0001 | AGT | | GOLDBERG, CHARLES N (TRUSTEE) | | |
| _ | 00009-0001 | AGT | | ELBAR INVESTMENTS INC (A TEXAS | | |
| _ | 00008-0001 | AGT | | BRIAR CAPITAL L P (A TEXAS LIM | | |
| _ | 00007-0001 | PLT | 24043834 | THE JEN MARIE RAU LIFE INSURAN | | MCKEOWN, KIRA |

==> (22) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201509664__ PJN> __  TRANS NUM: _____  CURRENT COURT: 11  PUB? _
CASE TYPE: DEBT/CONTRACT - FRAUD/MISREPRE  CASE STATUS: DISPOSED (FINAL)
STYLE: CARTO PROPERTIES (LLC)          VS BRIAR CAPITAL LP
================================================================================
                        **** INACTIVE PARTIES ****

| PJN | PER/CONN | COC | BAR | PERSON NAME | PTY | ASSOC. ATTY |
| NUM | NUMBER | | | | STAT | |
|---|---|---|---|---|---|---|
| _ | 00006-0001 | DEF | 15291800 | GOLDBERG, CHARLES N (TRUSTEE) | D | OPPEL, JEFFRE |
| _ | 00005-0001 | PLT | 24043834 | KEY MAPS (INC) | | MCKEOWN, KIRA |
| _ | 00004-0001 | DEF | 00791356 | ELBAR INVESTMENTS (INC) | D | STOW, MARY EL |
| _ | 00003-0001 | PLT | 24043834 | RAU, JEN MARIE (INDIVIDUALLY) | | MCKEOWN, KIRA |
| _ | 00002-0001 | DEF | 00793802 | BRIAR CAPITAL LP | | GIBSON, GEORG |
| _ | 00001-0001 | PLT | 24043834 | CARTO PROPERTIES (LLC) | | MCKEOWN, KIRA |

==> (22) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP